MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for YONG KUAI ZHENG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YONG KUAI ZHENG, et al.<br><br>　　　　　　Defendant. | ) No. 2:22-CR-0231-4 JAM<br>)<br>) STIPULATION AND<br>) ORDER TO AMEND YONG KUAI ZHENG's<br>) CONDITIONS OF PRE-TRIAL RELEASE<br>)<br>) Date:<br>) Time:<br>) Judge: Hon. Magistrate Carolyn K. Delaney |

　　　　Yong Kuai Zheng's amended special conditions of pre-trial release are found in ECF document 48, filed on June 6. 2024.  Special Condition 9 reads: "You must refrain from excessive use of alcohol."  The parties agree it is appropriate to modify Special Condition 9 to read: "You must refrain from any use of alcohol."  Mr. Zheng has been advised of this change to Special Condition 9.

　　　　IT IS HEREBY STIPULATED AND AGREED between the defendant Yong Kuai Zheng, by and through his undersigned defense counsel, Michael Long, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that Special Condition 9 shall be modified to read: "You must refrain from any use of alcohol."

　　　　I have spoken to PTS Lorena Gallagher and she does not oppose modifying Special Condition 9.  The newly Amended Conditions are attached to this document.

Dated:  August 2, 2024                    Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Yong Kuai Zheng

Dated:  August 2, 2024                    PHIL TALBERT
United States Attorney

/s/ *Roger Yang*
ROGER YANG
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Special Condition 9 is modified to read: "You must refrain from any use of alcohol."

Dated:  August 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE