UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-0231 JAM |
| Plaintiff, | ORDER |
| v. | (ECF No. 79) |
| Yong Kuai Zheng, | |
| Defendant. | |

Defendant Yong Kuai Zheng submits an application for transportation and subsistence expenses for his travel from his residence in Oklahoma City, Oklahoma to Sacramento, California to attend a pretrial release violation hearing scheduled for October 28, 2024 at 10:00 a.m. before Magistrate Judge Chi Soo Kim in Sacramento, California. (ECF No. 79.) Defendant Zheng's application indicates that he "is financially unable to provide the necessary transportation to appear before the required court on his own," 18 U.S.C. § 4285.

The Court concludes that the interests of justice would be served in ordering the following, and IT IS HEREBY ORDERED:

Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Defendant Zheng with the cost of travel from Oklahoma City to Sacramento on October 27, 2024 so that he may attend court on October 28, 2024 at 10:00 a.m.

1 | The United States Marshal shall also provide Defendant Zheng with subsistence
2 | expenses for his travel on October 27, 2024 not to exceed the amount authorized as a
3 | per diem allowance for travel under 5 U.S.C. § 5702(a).
4 |      Pursuant to 18 U.S.C. § 3006A, the Court orders that Criminal Justice Act (CJA)
5 | funds be disbursed to furnish Defendant Zheng with the reasonable cost of travel and
6 | subsistence expenses from Sacramento to Oklahoma City on October 29, 2024 for him
7 | to return to his residence after his court proceedings. It is further ordered that CJA funds
8 | be disbursed for Defendant Zheng's lodging on October 27 and 28, 2024 in Sacramento,
9 | and for subsistence expenses on October 28, 2024. The reimbursement request for CJA
10 | funds for travel, lodging, and subsistence expenses must be reasonable (e.g., not to
11 | exceed the daily lodging rate and per diem allowance set by the United States General
12 | Services Administration for Sacramento, California).
13 |
14 | Dated:  September 25, 2024

                                                CHI SOO KIM
                                                UNITED STATES MAGISTRATE JUDGE