PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-231 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING USE OF VIDEOCONFERENCING FOR CONTESTED HEARING REGARDING VIOLATIONS OF PRETRIAL RELEASE CONDITIONS |
| v. | |
| YONG KUAI ZHENG, | |
| Defendants. | DATE: October 28, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Chi Soo Kim |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROGER YANG, and defendant YONG KUAI ZHENG, both individually and by and through his counsel of record, MICHAEL D. LONG, hereby stipulate that (1) the Court has the authority to permit a defendant to appear in court remotely under certain circumstances, (2) that the probation officer / pretrial services officer in the Western District of Oklahoma who is responsible for courtesy supervision of defendant, YONG KUAI ZHENG, has requested to appear by Zoom due to budget and other constraints for the hearing set on October 28, 2024 at 2PM, and (3) that an Oklahoma City Police Department witness who has knowledge of the September 12, 2024 law enforcement contact with YONG KUAI ZHENG, may also appear by Zoom due to budget and other constraints for the hearing set on October 28, 2024 at 2PM.

    IT IS SO STIPULATED.

Dated: October 4, 2024						PHILLIP A. TALBERT
								United States Attorney

								/s/ ROGER YANG
								ROGER YANG
								Assistant United States Attorney

Dated: October 4, 2024						/s/ MICHAEL D. LONG
								MICHAEL D. LONG
								Counsel for Defendant
								YONG KUAI ZHENG

### O R D E R

The Court hereby orders that the probation officer / pretrial services officer in the Western District of Oklahoma who is responsible for courtesy supervision of defendant, YONG KUAI ZHENG, may appear by Zoom due to budget and other constraints for the hearing set on October 28, 2024 at 2PM, and that an Oklahoma City Police Department witness who has knowledge of the September 12, 2024 law enforcement contact with YONG KUAI ZHENG, may also appear by Zoom due to budget and other constraints for the hearing set on October 28, 2024 at 2PM.

IT IS SO ORDERED.

Dated: October 4, 2024

								CHI SOO KIM
								UNITED STATES MAGISTRATE JUDGE