MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>           Plaintiff, <br><br> v. <br><br><br><br> YONG KUAI ZHENG, <br>           Defendant. | ) No. CR 2:22-231 JAM <br> ) <br> ) STIPULATION REGARDING USE OF <br> ) VIDEOCONFERENCING DURING <br> ) ARRAIGNMENT FOR VIOLATIONS OF <br> ) SUPERVISED RELEASE CONDITIONS <br> ) <br> ) <br> ) Date: 12-12-2024 <br> ) Time: 2:00 p.m. <br> ) Judge: Hon. Chi Soo Kim |

     The parties, PHILLIP TALBERT, U.S. Attorney, and Roger Yang, Assistant U.S. Attorney, and YONG KUAI ZHENG, through his appointed attorney Michael Long, stipulate that (1) the Court has the authority to permit a defendant to appear in court remotely under certain circumstances, (2) that Yong Zheng is indigent and unable to finance travel to Sacramento on short-notice to be present for the hearing on his motion to modify the conditions of his pre-trial release on December 12, 2024, (3) Yong Zheng may appear before Judge Kim remotely via the Zoom application at 3:00 p.m. on December 12, 2024, (4) Yong Zheng will appear in person at any future hearing to contest the alleged violations of his pre-trial release and (5) Yong Zheng acknowledges that he knows that a failure to appear will result in revocation of his release status, and he may be prosecuted as a separate crime that will result in a consecutive term of imprisonment.

     Although the calendar starts at 2:00 p.m., the Court and the parties anticipate that Mr. Zheng's court hearing will commence via Zoom at 3:00 p.m.

-2-

Dated:  December 3, 2024

Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Mr. Zheng

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR 2:22-231 JAM |
|         Plaintiff, | ) |
| | ) ORDER re: |
| | ) STIPULATION REGARDING USE OF |
|   v. | ) VIDEOCONFERENCING DURING |
| | ) ARRAIGNMENT FOR VIOLATIONS OF |
| | ) SUPERVISED RELEASE CONDITIONS |
| | ) |
| YONG KUAI ZHENG, | ) Date: 12-12-2024 |
|         Defendant. | ) Time: 3:00 p.m. |
| =============================) | Judge: Hon. Chi Soo Kim |

      The Court hereby orders that defendant YONG ZHENG may appear before Judge Kim remotely via the Zoom application (or similar application) at 3:00 p.m. on December 12, 2024, and that Yong Zheng must appear in person at any future hearing to contest the alleged violations of his pre-trial release.

      Although the calendar starts at 2:00 p.m., the Court and the parties anticipate that Mr. Zheng's court hearing will commence via Zoom at 3:00 p.m.

Dated:  December 3, 2024

_____
Chi Soo Kim
United States Magistrate Court Judge

-3-