MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for YONG ZHENG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-231 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO AMEND YONG ZHENG's |
| | ) CONDITIONS OF RELEASE |
| | ) |
| YONG ZHENG, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Chi Soo Kim |

Yong Zheng's most recently amended special conditions of pre-trial release are found in ECF document 89.  The parties agree it is appropriate to delete Special Conditions 14[1], location monitoring and 15[2], home detention.  The remaining 15 conditions of release are attached hereto.

IT IS HEREBY STIPULATED AND AGREED between the defendant Yong Zheng, by and through his  undersigned defense counsel Michael Long, and the United States of America, by

---

[1] "14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed (technology is at the discretion of the supervising agency). You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer"

[2] 15. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

and through its counsel, Assistant U.S. Attorney Roger Yang, that Special Conditions 14 and 15 are to be deleted.

I, Michael Long, have communicated with USPTS Officer Lorena Gallagher, and USPTS Officer Raven McDaniel (who monitors Mr. Zheng in Oklahoma), and they both do not oppose deleting Special Conditions 14 and 15. The "**2nd AMENDED SPECIAL CONDITIONS OF RELEASE**" are attached to this document. The 2nd Amended Special Conditions of Release are re-numbered so that the previous conditions 16 and 17 have become conditions 14 and 15.

Dated:  May 7, 2025                                  Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Yong Zheng

Dated:  May 6, 2025                                  MICHELE BECKWITH
Acting United States Attorney

/s/ *Roger Yang*
ROGER YANG
Assistant U.S. Attorney

# ORDER

GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.

The Court hereby orders that Special Conditions 14, which imposed location monitoring, and 15, which imposed home detention, are deleted.

Dated:  May 7, 2025

_____
Hon. CHI SOO KIM
United States Magistrate Judge

## 2nd AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Zheng, Yong Kuai
No.: 2:22-CR-231-JAM-4
Date: May 6, 2025

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report to the Pretrial Services Agency in the Eastern District of California, located on the second floor of the Robert T. Matsui Federal Courthouse, following your hearing;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Western District of Oklahoma and the Eastern District of California (for Court purposes only) unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must refrain from any use of alcohol (including frequenting locations where the primary purpose is to serve alcohol; e.g. bars or nightclubs);

10. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

12. You must not associate or have any contact with co-defendant's unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You must not be employed by any marijuana operation; and

15. You may not enter any casinos or gambling establishments, including any informal gambling establishments.