UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-0231 JAM |
| Plaintiff, | ORDER |
| v. | (ECF No. 120) |
| Yong Kuai Zheng, | |
| Defendant. | |

Defendant Yong Kuai Zheng submits an application for transportation and subsistence expenses for his travel from his residence in Oklahoma City, Oklahoma to Sacramento, California to attend a pretrial release violation hearing scheduled for July 21, 2025 at 2:00 p.m. before Magistrate Judge Chi Soo Kim in Sacramento, California. (ECF No. 120.) Defendant Zheng's application indicates that he is financially unable to pay for or borrow funds to travel to appear for the July 21, 2025 proceeding. *See* 18 U.S.C. § 4285.

The Court concludes that the interests of justice would be served in ordering the following, and IT IS HEREBY ORDERED:

Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Defendant Zheng with the cost of travel from Oklahoma City to Sacramento on July 20, 2025 so that he may attend court on July 21, 2025 at 2:00 p.m. The United

States Marshal shall also provide Defendant Zheng with subsistence expenses for his travel on July 20, 2025 not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

Pursuant to 18 U.S.C. § 3006A, the Court orders that Criminal Justice Act (CJA) funds be disbursed to reimburse Defendant Zheng's counsel, Michael Long, for the reasonable cost of travel and subsistence expenses from Sacramento to Oklahoma City on July 22, 2025 for Defendant Zheng to return to his residence after his court proceedings. It is further ordered that CJA funds be disbursed to reimburse Defendant Zheng's counsel for Defendant Zheng's lodging on July 20, 2025 and July 21, 2025 in Sacramento, and for Defendant Zheng's subsistence expenses on July 21, 2025. The reimbursement request for CJA funds for travel, lodging, and subsistence expenses must be reasonable (e.g., not to exceed the daily lodging rate and per diem allowance set by the United States General Services Administration for Sacramento, California).

Dated: June 9, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE